IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

MAYOR AND COUNCIL OF BERLIN, et al.   *

    Plaintiffs,   *

    v.   *   Case No.: 24C11-001207

ASHLAND, INC., et al.   *

    Defendants.   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### NOTICE OF DISMISSAL

NOW COMES Mayor and Council of Berlin, et al. Plaintiffs, by their undersigned counsel, and pursuant to Maryland Rule 2-506(a) voluntarily dismisses Defendant Placid Refining, LLC, only, from the above-captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

_____
John M. Broaddus
WEITZ & LUXENBERG, P.C.
200 Lake Drive East, Suite 205
Cherry Hill, NJ 08002
Telephone: (856) 755-1115
Fax: (856) 755-1995

Approved.
Ellen Hollander
USDJ
5/18/11

OF COUNSEL:

P. Scott Summy, licensed in Texas and North Carolina
Carla M. Burke, licensed in Texas and New York
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Fax: (214) 520-1181